meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of DONALD L. HASSIG, Appellant, et al., Petitioners, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Respondents.

Submitted August 9, 2004; decided October 26, 2004

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellant's motion to supplement the petition, dismissed upon the ground that such part of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of KSLM-COLUMBUS APARTMENTS, INC., Respondent, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent-Appellant, and WESTGATE TENANTS ASSOCIATION et al., Intervenors-Appellants-Respondents.

Submitted August 23, 2004; decided October 26, 2004

Motion by New York State Tenants & Neighbors Coalition, Inc., et al. for leave to file a brief amici curiae on the motions for leave to appeal herein granted and the brief is accepted as filed.

JANET WOHL SALEMI, Appellant, v ROBERT SALEMI, Respondent.

Submitted June 1, 2004; decided October 26, 2004

Motion for leave to appeal dismissed upon the ground that timely substitution has not been made (see CPLR 1021).

JULIO CESAR WILSON STAJANO et al., Appellants, v UNITED TECHNOLOGIES CORPORATION et al., Respondents.

Submitted August 30, 2004; decided October 26, 2004

Motion, insofar as it seeks leave to appeal from that part of the March 2004 Appellate Division order that affirmed the dismissal of appellants' complaint, denied; motion, insofar as it seeks leave to appeal from the remainder of that order and from the July 2004 Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that the remainder of the March 2004 Appellate Division order and the July 2004 order do not finally determine the action within the meaning of the Constitution.